709 A.2d 201

IN THE MATTER OF PAUL H. SEIDENSTOCK,
AN ATTORNEY AT LAW.

May 6, 1998.

## ORDER

The Disciplinary Review Board on March 3, 1998, having filed with the Court its decision concluding that **PAUL H. SEIDENSTOCK** of **STATEN ISLAND, NEW YORK,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 3.2 (failure to expedite litigation) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **PAUL H. SEINDENSTOCK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.